## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **EARNEST HEARING,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 5:07-cv-19 (HL) |
| **Warden WENDY SQUIRES, et al.,** | : |
| **Defendants.** | : |

## J U D G M E N T

Pursuant to the Order of this Court filed January 31, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action without prejudice.

This 31st day of January, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**